FEDERICO AROS, 098979
Name and Prisoner/Booking Number

CACRF-GEO
Place of Confinement

POST OFFICE BOX 9600
Mailing Address

FLORENCE, ARIZONA  85132
City, State, Zip Code

☒ FILED      ☐ LODGED

**Feb 28 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

FEDERICO   AROS                    ,
(Full Name of Plaintiff)

              Plaintiff,

v.

(1) THE GEO GROUP, INC            ,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

              Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO.  CV-25-703-PHX-DLR (CDB)
                (To be supplied by the Clerk)

JURY TRIAL DEMANDED

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:
☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other: _____

2.    Institution/city where violation occurred: CACRF-GEO ; FLORENCE, ARIZONA

**550/555**

## B.  DEFENDANTS

1. Name of first Defendant: _THE GEO GROUP, INC.,_ _____. The first Defendant is employed
as: _HEALTHCARE PROVIDER_ _____ at _CACRF - GEO_ _____.
   <br>(Position and Title)                        (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
as: _____ at _____.
   <br>(Position and Title)                        (Institution)

3. Name of third Defendant: _____. The third Defendant is employed
as: _____ at _____.
   <br>(Position and Title)                        (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at _____.
   <br>(Position and Title)                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes     ☒ No

2. If yes, how many lawsuits have you filed? _____ .  Describe the previous lawsuits:

   a.  First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b.  Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c.  Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: EIGHTH AMENDMENT - CRUEL AND UNUSUAL PUNISHMENT

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☒ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    FEDERICO AROS, PLAINTIFF, IS AN INMATE IN THE ARIZONA DEPARTMENT OF CORRECTIONS REHABILITATION AND REENTRY. (ADCRR) CURRENTLY HOUSED IN THE PRIVATE PRISON FACILITY CENTRAL ARIZONA CORRECTIONAL REHABILITATION FACILITY-GEO UNIT. (CACRF-GEO) WHICH IS RAN BY THE FOR-PROFIT PRISON CORPORATION; THE GEO GROUP, INC. (GEO) A DEFENDANT TO THIS ACTION.
    GEO BEGAN PROVIDING MEDICAL CARE SERVICES TO THEIR INMATES AT CACRF-GEO IN JANUARY 2020. ADCRR CONTRACTED GEO TO PROVIDE MEDICAL CARE TO INMATES AT CACRF-GEO THAT IS IN ACCORDANCE TO THE CONTRACT AND ALL ADCRR POLICIES.
    IN 2019, PLAINTIFF'S PAIN IN HIS HANDS GOT TO THE POINT HE DECIDED TO START SEEKING MEDICAL TREATMENT. PLAINTIFF'S HAND MOBILITY WAS DECLINING DUE TO THE PAIN. AS SUCH, PLAINTIFF HAS SUFFERED A LOSS OF GRIP STRENGTH IN BOTH HANDS ALSO DUE TO THE PAIN. IN 2019, ADCRR DIAGNOSED PLAINTIFF WITH ARTHRITIS AND DECIDED SINCE PLAINTIFF WAS ON PSYCHOLOGICAL MEDICATION THAT COULD BE USED AS PAIN MANAGEMENT THE MEDICAL ORDERED CREAMS AND LOTIONS.
    ON JUNE 15, 2020, PLAINTIFF WAS SENT TO A NEURODIAGNOSTIC LABORATORY FOR A NERVE TEST. THE NERVE TEST SHOWED THAT PLAINTIFF SUFFERS FROM CUBITAL TUNNEL SYNDROME AT THE ELBOWS AND CARPAL TUNNEL SYNDROME AT THE WRISTS. (BILATERAL)

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    PLAINTIFF IS SUFFERING EXCRUCIATING PAIN THAT IS NON-STOP. ADDITIONALLY, PLAINTIFF IS LOSING PHYSICAL MOBILITY IN HIS EXTREMITIES THAT IS AFFECTING HIS DAILY BASIC ACTIVITIES, AND A DIMINISHED QUALITY OF LIFE THAT IS UNNECESSARY.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                  ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count I?       ☒ Yes    ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?   ☒ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

Plaintiff continued to submit health needs request (HNR's) about his pain and requested to receive treatment. HNR's are paper forms inmates submit to the medical department to request medical care. (See Exhibit "A")

In October/September of 2020, Plaintiff was transfered from ADCRR to CACRF-GEO. Within a short period of time after arriving at CACRF-GEO, Dr. Hamidy immediately discontinued plaintiff's Triliptal, which was used to treat his PTSD mood disorder, as well as his nerve pain. Dr. Hamidy informed plaintiff that he did not suffer from PTSD or a mood disorder, and discontinued the medication that was prescribed by medical personel at ADCRR. Plaintiff began seeking pain management and was told by Dr. Reicho that he "could not prescribe proper medication for neuropathy or he would be out of a job."

Plaintiff vigorously continued to plead for medical treatment to GEO medical personel until May/June 2023 when plaintiff was returned to ADCRR custody. ADCRR medical sent plaintiff back to a neurodiagnostic lab for another nerve test on 08/11/23. Arizona neurodiagnostic laboratories, upon receiving the nerve test results the specialist recommended that plaintiff be seen by a neck specialist as well as a hand specialist. Sometime prior to January 2024 plaintiff was sent to a brain/neck specialist for consult. Plaintiff had a couple of scheduled offsite medical appointments while in ADCRR custody. In January 2024, Plaintiff was again returned to the custody of CACRF-GEO. On April 19, 2024, plaintiff was sent offsite to see a hand specialist. The hand specialist prescribed surgery at the elbows (cubital),

AND PAIN MANAGEMENT FOR NEUROPATHY IN THE FORM OF MEDICATION. (GABAPITAN)

IN JULY 2024, PLAINTIFF WAS SENT FOR AN MRI OF HIS NECK THAT FOUND SEVERAL ISSUES WITH THE C4, C5, AND C6 VERTEBRA OF HIS NECK. THE DIAGNOSIS BY OFFSITE MEDICAL IS: THE DEGRADED C4, C5, AND C6 VERTEBRA IN PLAINTIFF'S NECK IS THE CAUSE FOR THE NEUROLOGICAL ISSUES IN HIS BODY. BY THE MEDICAL PERSONEL AT THE GEO GROUP INC, INSTITUTING POLICIES OF CONSTANT DELAY, THIS CAUSES INFLICTION OF UNNECESSARY SUFFERING ON PLAINTIFF. DEFENDANT'S DELAY IN TREATMENT OF PLAINTIFF'S SERIOUS MEDICAL NEEDS IS INCONSISTANT WITH TODAYS STANDARDS OF DECENCY AND VIOLATES PLAINTIFF'S EIGHTH AMENDMENT RIGHTS GUARANTEED BY THE UNITED STATES CONSTITUTION.

THE PLAINTIFF CAN TESTIFY TO THE PAIN AND SUFFERING HE HAS ENDURED DUE TO THE PURPOSEFUL DELAY OF TREATMENT OF HIS SERIOUS MEDICAL NEEDS THAT AFFECT HIS SIMPLE BASIC ACTIVITIES DAILY LIFE ENTAILS AND HIS QUALITY OF LIFE. PLAINTIFF SUFFERS CONSTANT EXCRUCIATING PAIN IN EVERYDAY LIFE: SLEEPING, WRITING, TYPING, BRUSHING HIS TEETH, AND TYING HIS SHOES HAVE ALL BECOME ORDEALS THAT NO HUMAN SHOULD HAVE TO ENDURE. FURTHERMORE, PLAINTIFF CAN TESTIFY TO THE CRUEL, INHUMANE, AND DEGRADING TREATMENT HEREINAFTER BY MEDICAL PERSONEL IN EVERYDAY LIFE HERE AT CACRF-GEO. NO HUMAN SHOULD HAVE TO ENDURE THIS TYPE OF MENTAL AND PHYSICAL TORTURE IN A CIVILIZED SOCIETY. PLAINTIFF ATTEMPTED TO ADDRESS HIS ISSUES THROUGH THE INMATE GRIEVANCE SYSTEM (SEE EXHIBIT "B") AS WELL AS GOING TO THE EXTENT OF WRITING LETTERS AND INMATE LETTERS TO MEDICAL

3B

OVERSIGHT AND ADMINISTRATIVE PERSONEL. (SEE EXHIBIT "C") THE ATTEMPTS WERE FUTILE AND THE ISSUES REMAIN UNRESOLVED.

PLAINTIFF'S HEALTH AND QUALITY OF LIFE CONTINUE TO DECLINE AT THE SAME RAPID RATE BECAUSE OF THE HEALTHCARE SYSTEM AT CACRF-GEO. THE LAW IS CLEAR, THE BALANCE BETWEEN PLAINTIFF'S HEALTHCARE AND FACILITY HEALTHCARE MANAGEMENT MUST MEET IN THE MIDDLE. WHICH BRINGS FORTH THIS CONSTITUTIONAL ACTION.

3C

## E. REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF REQUESTS COMPENSARY AND PUNITIVE DAMAGES TO BE PAID BY THE DEFENDANT TO PLAINTIFF, IN THE AMOUNT TO BE DETERMINED BY A JURY. FURTHER PLAINTIFF REQUESTS THE COURT ORDER DEFENDANT TO PAY FOR ALL ASSOCIATED LEGAL EXPENSES ACCRUED BY PLAINTIFF

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _02/28/2025_
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# EXHIBIT "A"

HNR'S

**Arizona Department of Corrections, Rehabilitation & Reentry**

**Grievance Details**



## Formal Grievance Approval

**Approver Name:** Tiffany Cameron

**Date/Time:** 07/08/2024 09:24:54 AM

**Due Date:** 07/09/2024 12:44:24 PM

**Result:** Resolved

**Facility Health Administrator:** Tiffany Cameron

**Notice :** You may elect to appeal the decision of the Deputy Warden to the Director (Grievance Appeal form 802-3 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by Ensuring the grievance procedure within their assigned unit and institution has been exhausted.



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date : _____

Time: _____  24 SEP '19 2:29

Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|---|
| Aros F | | 098979 | 9/23/2019 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| 1-C-9 | Smu-1 | 4000 | Smu-1 |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I HAVE BEEN WAITING TO SEE THE N.P. FOR OVER A MONTH, THIS PAIN TO MY HANDS IS GETTING WORSTE AND WORSTE EACH DAY, PLEASE FOLLOW UP !!! HOW LONG MUST I WAIT ??

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exeniones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| M. Smith | | SEP 25 PM 1:18 |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Scheduled for Provider followup |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| M. Smith | | SEP 25 PM 1:18 |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                    Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Aros   E | | 091979 | 10/11/2019 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1-C-9 | 4000 | SMU-1 | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)  ☐ Medical/Médico    ☐ Dental    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

09/13/2019 I said Ny. ezne, I'll embrace men's having
carpal tunnel, requesten I see out the specialist,
need surgery, and know me late like a
yesterday 09/10/2019. I've suffer scretch my cell
and turn me I need a sink to keep wrist wrape

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



ADC

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

| | |
|---|---|
| Date : | |
| Time: | |
| Initials: | |

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC NUMBER/NÚMERO DE ADC | | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|---|---|
| Aros F | | 098979 | | 01/[illegible]/20 |
| **CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA** | **UNIT/UNIDAD** | **P.O. BOX/APARTADO POSTAL** | **INSTITUTION/INSTALACIÓN: ADC** | |
| 1-C-09 | [illegible]-1 | 4500 | [illegible] | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(Marque Un Espacio Solamente)* ☒ Medical/Médico ☐ Dental ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

On November 4th '19 I was approved for surgery for my carpel tunel, I am not on any medication to lesson or mitigate my pain; please tell me why I have been scheduled for surgery if its in fact been [illegible]!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

[signature]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médico ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* ______

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribución/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: 12 FEB '20 3:05
Initials: _____

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| AROS      F | 098979 | 2/11/20 |

| Cell/Bed Number/Celda/Número de Cama  1-C-9 | Unit/Unidad  SMU-1 | P.O. Box/Apartado Postal  4000 | Institution/Facility/Instalación: ASPC  EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia a este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

## SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  [X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

IT REALLY S#!@' BEING WOKEN UP BY THE PAIN IN MY HANDS AT NIGHT; I WAS APPROVED FOR AN OUT SIDE SPECIALIST FOR MY CARPEL TUNEL ON NOV. 4, 2019! WHY MUST I SUFFER W/ SUCH DIBILITATING PAIN AND YOU GUYS AREN'T HELPING ME!? PLEASE HELP!

( CHRONIC CARE: CARPEL TUNEL )

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  [X] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

NL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 12 FEB '20 3:05 |

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

hand pain

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 12 FEB '20 3:06 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|---|
| Aros Federico | | 095979 | 04/24/20 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| 1C D9 | Smu-1 | 4000 | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I NEED TO SEE THE N.K. ABOUT MY CARPAL TUNEL, I'm IN SEVERE DISCOMFORT EACH NIGHT, I WAS APPROVED FOR SURGERY NOV. 4, 2019, MAY 1ST ARIZONA WILL OPEN RESTRICTIONS ON ELECTIVE SURGERY; ALSO THE DOCTOR ON LAST VISIT SAID I'D GET A BRACE.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. i further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☑ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| JB | 4 25 2000 | 530 |

### SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Sched cn nk |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| JB | 4 25 2020 | 530 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

| | |
|---|---|
| Date : | |
| Time: | |
| Initials: | |

SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|---|
| AROS    F | | 098979 | CG/08/81 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1-D-1-L | CEL | 9600 | CACRF |

You are required to be truthful. Failure to be cooperative and any abuse on the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!

CHRONIC CARE!    CUBITAL / CARPEL TUNNEL!
I WILL NOT AGREE TO THE CURRENT MEDICATION PRESCRIBED
I DONT KNOW WHAT ITS NAME IS OR THE MILIGRAMS?!
BUT! IT GAVE ME HOMICIDAL THOUGHTS AND MADE ME
DEPRESSED, I WANT TO SEE THE N.P. PEASE

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS .]

SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | 6-14-21 | 1830 |

SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca -- Health Unit/Unidad de Salud
Canary, Pink & Goldenrod -- Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

SECTION 4, HNR

1101-10ES
12/13/16



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date: *2-11-22*

Time: *2000*

Initials: *JD*

#640

## SECTION/SECCIÓN I

INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)*
*APOS          F*

ADCRR NUMBER/NÚMERO DE ADCRR
*098979*

DATE/FECHA *(mm/dd/yyyy)*
*02/11/22*

CELL/BED NUMBER/CELDA/NÚMERO DE CAMA
*1-D-12*

UNIT/UNIDAD

P.O. BOX/APARTADO POSTAL
*96600*

INSTITUTION/INSTALACIÓN: ADCRR
*2F*

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST *(Check only one block below)/*AREA DE INTERES *(Marque Un Espacio Solamente)*     ☑ Medical/Médico     ☐ Dental

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

*DR. RENEWED SNO's FOR CARPAL TUNNEL
ON 01/19/2022.*

*I DONT HAVE A COPY—*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA     ☑ Medical/Médico     ☐ Dental     ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other *(specify)/Otros (especifique)* _____

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO
*J. Duprey, LPN*

DATE/FECHA *(mm/dd/yyyy)*
*2-11-22*

TIME/HORA
*2000*

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

*REFER TO MENDEZ for compression glove
approval*

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA *(mm/dd/yyyy)*
*2-13-22*

TIME/HORA
*0800*

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:     White/Blanca – Health Unit/Unidad de Salud
                                Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur – Prisonero

1101-10ES
6/2/21

SECTION 4, HNR

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _7.26.24_
Time: _1 I 46_
Initials: _JJ_

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Hros      F | 098979 | 07/26/24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 4 B 4B | CACF / 1EO |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 9600 | CACF / 1EO |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Lower Bottom Head, Neck (Left Side of Neck + Center) Has Debilitating Pain That Is Affecting My Quality Of Life... Cannot Lift Left Arm Above my Head or Shoulder. Please Treat This Pain !

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|
| ☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Other *(specify)/Otros (especifique)* | | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| B Lawson, RN | 7.26.24 | 1746 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Pending consult for this issue |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| B Lawson, RN | 7.26.24 | 1746 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                              Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : 7/29/24
Time: 1800
Initials: LO

## SECTION/SECCIÓN I

INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)*
Aros   Federico

ADCRR NUMBER/NÚMERO DE ADCRR
098979

DATE/FECHA *(mm/dd/yyyy)*

CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA
4 b 48

UNIT/UNIDAD
Geo   CACF

P.O. BOX/APARTADO POSTAL
9600   716

INSTITUTION/INSTALACIÓN: ADCRR
CACF

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I PUT IN A HNR ON 07/26/24.   HAVE NOT BEEN SEEN!
This IS my SECOND HNR - DEBILITATING pain IN
my Body + NECK.
          PLEASE HELP ME !

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* _____

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO
(signature)

DATE/FECHA *(mm/dd/yyyy)*
07/29/2024

TIME/HORA
1804

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

NL                    Seen on NL

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO
SD

DATE/FECHA *(mm/dd/yyyy)*
7-30-24

TIME/HORA
0930

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
                             Canary, Pink & Goldenrod -- Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____
Time : _____
Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Aros  Federico | 098979 | 08/05/24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 4 b 48 | Geo |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 9600  716 | ACF |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☑ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Chronic Issue: Went for MRI on 07/31/24.
plz schedule me To meet with Dr. Hassenpflug, Douglas
so MRI Results Can Be shared w/ me and Course
of action For treatment.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  | 7-6-24 | 17:15 |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Upcoming provider appt. |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  | 8/6/2024 | 0902 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                          Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date: 08/06/24
Time: 2020
Initials: TW

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Aros   Federico | 098979 | 08/06/24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 46 48 | Geo |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 960 716 | CIACF |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)  ☐ Medical/Médico  ☐ Dental

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☑ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I Would LiKE A Copy OF my MRI ResulTs

THANK You

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia |
|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☑ Other (specify)/Otros (especifique) Medical records | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| T Watson | 08/06/2024 | 2000 |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

MRI Done at outSide PRovider - Unable to Provide a copy If you want to view the Results Submit an HNR with request

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | 8-7-24 | 0908 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

7/6

Date: 8/28/2024
Time: 2000
Initials: SAA

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Aros F | 098979 | 08/28/24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 4 B 48 | Geo |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 9600 | CACF |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I AM EXPERIENCING PAIN, TINGLING, NUMBNESS AND STIFFNESS ON MY FEET - MAKING IT HARD TO WALK.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☑ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)*/Otros *(especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| (signature) | 8/28/2024 | 2000 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Seen at NL |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | 7-30-24 | 0840 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod -- Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**    EMERGENCY!

Date : 10/23/24
Time: 1530
Initials: EU

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA, *(mm/dd/yyyy)* |
|---|---|---|
| AROS F | 098979 | 10/23/24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 4B48 | GEO |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| PO Box ~~NO BOX~~ 4848 | CACF |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)*  ☑ Medical/Médico    ☐ Dental

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

*I Have Chronic Debilitating Pain that will never Go Away - only worsen... And you have "expired" the medication that treats my nerapathy. If you are gonna only Give me meds 30 days at a time - schedule me to See doctor every three weeks!*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|
| ☒ Pharmacy/Farmacia | ☐ Mental Health/Salud Mental | ☐ Other *(specify)*/Otros *(especifique)* | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| EU | 10/23/2024 | 1600 |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Seen on 11

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | 10-24-24 | 1015 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                          Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date: 12/3/2024
Time: 1930
Initials: GRL

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Aros F | 09479 | 12/03/24 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | |
| 4B48 | GEO | |
| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR | |
| 7160 | CACF | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental |
|---|---|---|
| ☐ Pharmacy/Farmacia | ☐ Mental Health/Salud Mental | ☐ Other *(specify)/Otros (especifique)* _____ |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

CANT move my NECK
CANT Feel my HAND
CANT Feel my Feet

I was Supposed to See The Doctor - Im still Waiting !!!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☑ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|
| ☐ Pharmacy/Farmacia | ☐ Mental Health/Salud Mental | ☐ Other *(specify)/Otros (especifique)* _____ | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *(signature)* | 12/3/2024 | 1930 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Seen at NL |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| EO | 12/4/2024 | 0915 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: : White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date: 12/30/2024

Time: 1930

Initials: *M*

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Aros   F | 098979 | 12/30/24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 4 R 40 | |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 9116 | ACF (GEO) |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☑ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

*Baptiste renewed meds AND CHANGED em to:*
*300 mil. A.M. and 600 mil. P.M. so I could*
*Sleep Better and that was THREE WEEKS AGO!*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☑ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | 12/30/2024 | 1930 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Medication order adjusted by provider as ordered. |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| EV | 12/31/2024 | 1230 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : 1/9/2025
Time: 1900
Initials: LD

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Aros  F | 098979 | 01/08/25 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 41349 | |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 9600   716 | CALF |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☐ Medical/Médico | ☐ Dental |
|---|---|---|

☑ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

ON JAN 1st NEW ORDER APPROVED YET  my NEW MEDICATION HAS NOT ARRIVED !?

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☑ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | 1/16/2025 | 1102 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Referred to pharmacy |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | 1/16/2025 | 1103 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**



#716

| Date : 1/11/2025 |
| Time: 1600 |
| Initials: EU |

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Aros    Federico | 098979 | 01/10/25 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 4B49 | CACF    GEO |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 9600 | CACF GEO |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST*(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA IN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

EMERGENCY!! I'm waiting for Surgery - but i want
to request Glucocorticoid injections to help
with the grueling pain i am suffering with each
day of my life.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO ꞁ

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| EU | 1/11/2025 | 1600 |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

Seen on nurse line requesting to be scheduled
with provider

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| S. Thle  RN | 1/12/2025 | 1200 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:     White/Blanca – Health Unit/Unidad de Salud
                                 Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR



EXHIBIT "B"

*Received 01/21/22 W. Mack*



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**    *1-D-12*

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| AROS  FEDERICO | Ø 98979 | CACRF / GEO | 01/21/22. |

*22-036514*

| TO ~~AAADNGECZKY~~ MEDICAL | LOCATION  1 C/D |
|---|---|

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I'VE BEEN DIAGNOSED CHRONIC CARE FOR "CUBITA TUNNEL / CARPAL TUNNEL"  I SUFFER FROM CHRONIC PAIN, AND LIMITED MOBILITY IN MY HANDS!  I HAVE BEEN WAITING FOR ALMOST A YEAR TO BE SENT OUT TO SEE A NEUROPATHY SPECIALIST!  I SUBMITTED AN HNR BECAUSE THE OTHER DAY I WOKE UP AND HAD NO USE OF ARMS AND HANDS, I HAD PAIN AND TINGLING IN MY HANDS AND FINGERS!  UPON MY VISIT W/ DR. REICHO ON 01/19/2022.  I ENTERED, WAS SEATED AND WAS TOLD THE FOLLOWING WITHOUT A CONVERSATION HAVING BEEN STARTED: "I AM NOT PRESCRIBING ANY OPIOD BASED MEDICATIONS" !!  HE THEN WENT ON TO SAY: "YOU NEED TO SEE THE SURGEONS"  I HAD NO WORDS FOR THE DOCTOR I WASH IN DISBELIEF THAT HE WOULD BEGIN SUCH A CONVERSATION WITH A PATIENT WITH THE INNUENDO THAT I AM A JUNKIE SEEKING TO GET HIGH!
I WAS FINALLY ABLE TO ASK THE DOCTOR IF I COULD RENEW MY "SPECIAL NEEDS ORDERS" FOR THIS ISSUE AND GET THEM RE ISSUED All ON THE SAME DATE SO I AM NOT GOING FOUR SEPERATE TIMES A YEAR TO RENEW EACH ONE? TO WICH HE RESPONDED: "I DON'T KNOW IF L. MENDEZ will Allow ME TO DO THAT?"  AT WICH TIME HE STOOD UP AND DISMISSED ME MAKING ME FEEL VERY DISRESPECTED AND HELPLESS.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)*  01/21/2022. |
|---|---|

| Have you discussed this with institution staff? | ☐ Yes  ☐ No |
|---|---|

If yes, give the staff member name:

Distribution:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



# Inmate Grievance/Informal Response Notice
## Medical

**Inmate Name:** FEDERICO AROS

**ADC#:** 98979

**Prison/Unit:** CACF/CACF-FLORENCE

**Bldg/Bed:** M70 DM1D001L

## Case #:22-036514

## Informal Complaint

**Type:** Informal Response

**Date Received:** 01/28/2022 10:31 AM

**Response Author:** MARTIN, ROBERTA NMI

**Responded On:** 02/03/2022 09:39:00 AM

**Decision:**

## Case Details

**Case Number:** 22-036514

**Grievance Status:** Closed

## Case Data

**Prison of Complaint:** CACF

**Opened Date:** 01/28/2022 10:31 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE

**Grievance Stage:** Informal Answered

## Informal Grievance Response

**Grievance Date:** 01/19/2022 12:00:00 AM

**Response Due:** 02/18/2022 10:31 AM

**Issue:** Carpel Tunnel pain

**Responder:** MARTIN, ROBERTA NMI

**Response:** Mr. Aros, I have reviewed your chart pertaining to your appointment with a specialist regarding your carpel tunnel. We attempted to make an appointment with orthopedic surgery. Ortho recommended that you go to PT/OT. We are attempting to make an appointment with them for you but we do not have a contract for those services as of yet, We will move forward with Ortho recommendation as soon as possible. The Dr. did renew all of your SNO'S on 1/19/2022. Thank you,

⌐Unprocessed

**Responder's Name:** ROBERTA MARTIN

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

   **NOTE: If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

RECEIVED BY

S. Madonl

TITLE

CO III

BADGE NUMBER
176692

DATE *(mm/dd/yyyy)*
2/15/22

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

INMATE NAME *(Last, First M.I.) (Please print)*
AROS  FEDERICO

ADC NUMBER
Ø98979

DATE *(mm/dd/yyyy)*
02/15/2022.

INSTITUTION/FACILITY
C.A.C.R.F / GEO

CASE NUMBER
# 22-036514.

TO:  GRIEVANCE COORDINATOR

Description of Grievance *(To be completed by the Inmate)*

ON 06/15/2020 I WAS DIAGNOSED w/ CUBITAL TUNNEL AS WELL AS CARPAL TUNNEL.  I DO NOT KNOW HOW TO FULLY ARTICULATE WHAT IT FEELS LIKE TO BE WOKEN UP IN THE MIDDLE OF THE NIGHT BY THE NUMBING-THROBING PAIN IN MY HANDS; OR HOW DISCOURAGED AND HOPELESS THE FEELING AS A FORMAL ATHLETE WHEN BRUSHING MY TEETH AND MY TOOTH BRUSH FALLS OUTTA MY MOUTH AND ONTO THE FLOOR BECAUSE I CANNOT HOLD IT !?!?
I HAVE REPEATEDLY BEEN PUT OFF ON THE OUT SIDE NEUROPATHY SPECIALIST BY DR. REICHO AND NOW YOU INFORM ME (ONLY AFTER I FILED AN INFORMAL) THAT I INFACT WONT BE SEEN... = CONT-

Proposed Resolution *(What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)*

INMATE'S SIGNATURE

DATE *(mm/dd/yyyy)*
02/15/22

GRIEVANCE COORDINATOR'S

DATE *(mm/dd/yyyy)*
2/15/22

Action taken by _____

Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE

BADGE NUMBER

DATE *(mm/dd/yyyy)*

DISTRIBUTION:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
12/12/13



Received on 2/15/22
Co to Madonil

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance – GF Supplement

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| AROS F | Ø98979 | C.A.C.R.F./GEO | #22-036514 |

By AN OUT SIDE SPECIALIST!
my S.N.O$^s$ may HAVE BEEN Re NEWED ON 01/19/2022 BuT I
AM BEING DENIED a Copy OF my S.N.O$^s$
I AM STill AFTER All OF THIS TIME withOUT COMPRESSION Gloves.
As well As THE BRACES TO Sleep iN wicH I HAVE BEEN PRESCRIBED
By mR Reicho As well As THE P.T.
I AM iN THE CARE OF THE A.D.O.C.RR / GEO CORP.
my Release is 2051, I AM NOT GOING HOME SOON, THIS
is I Suffer FROM is ONly WORSENING please Help iN Getting
me A TREATMENT PLAN— [END]

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 02/15/2022. |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator
                        Pink, or Copy - Inmate

FINAL DISTRIBUTION:     White or Copy – Inmate
                        Canary or Copy – Grievance File

802-7
12/12/13



# Inmate Grievance/Formal Response Notice
## Medical

**Inmate Name:** FEDERICO AROS

**ADC#:** 98979

**Prison/Unit:** CACF/CACF-FLORENCE

**Bldg/Bed:** M70 DM1D001L

## Case #:22-036514

## Formal Grievance

**Type:** Formal Response

**Date Received:** 01/28/2022 10:31:00 AM

**Response Author:** LYSSETTE MENDEZ

**Responded On:** 03/09/2022 10:03:16 AM

**Decision:** Resolved

## Case Details

**Case Number:** 22-036514

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** CACF

**Opened Date:** 01/28/2022 10:31:00 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE

**Grievance Stage:** Formal Answered

## Formal Grievance Response

**Responder Name:** LYSSETTE MENDEZ

**Due Date:** 03/09/2022 03:57:56 PM

**Date/Time:** 03/09/2022 10:03:16 AM

**Result:** Resolved

**Response:** In your grievance submitted 2/15/2022 you state you have been put off by specialist and you were denied a copy of your sno. After reviewing your medical record it was noted that you were referred to the outside specialist and they recommended you be seen by Occupational therapy prior to seeing the ortho specialist. An appointment for occupational therapy is pending. In regards to the SNO and durable medical equipment it was all issued to you on march 1, 2022. In conclusion your grievance is deemed resolved as a copy of your SNO was given and an appointment with outside specialist is pending.

☐ Override          ☐ Data Input Error          ☐ Unprocessed          ☐ Extension

**RestitutionRecommended:** No

**Notice:** You may elect to appeal the decision of the Deputy Warden to the Director (Grievance Appeal form 802-3 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by
•Ensuring the grievance procedure within their assigned unit and institution has been exhausted.

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

*(To be completed by staff member initially receiving appeal)*

Received by: S Madonecelly
Title: C o th
Badge #: 176692
Date: 3|11|22

**PLEASE PRINT**

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| APOS FEDERICO | 098979 | 03/11/2021. |

| Institution | Case Number |
|---|---|
| CENTRAL ARIZONA CORRECTIONAL / GEO. | #22-036514 |

TO:

I am appealing the decision of _Lizette Mendez - GEO Corp._ for the following reasons:

I WAS TOLD BY THE N.P. HE WOULD WAIT FOR ORTHO SPECIALIST BEFORE TAKING ACTION AND THAT I WAS "PENDING" A VISIT TO THE ORTHO SPECIALIST. NOW IM BEING TOLD I AM "PENDING" O.T. BUT GEO DEOS NOT HAVE A CONTRACT W/ ONE. MEANWHILE I AM FORCED TO SUFFER CONTINUOUS AND CHRONIC PAIN W/ NO TIME LINE FOR TREATMENT ALL WHILE RECEIVING VERBAL ABUSE BY GEO MEDICAL STAFF ON TOP OF THE NEGLECT TO MY CURRENT AND DETERIATING CONDITION.

| Inmate's Signature | Date 03/11/2022 | Grievance Coordinator's Signature CDS Mc | Date 3/14/22 |
|---|---|---|---|

| Response To Inmate By: | Location |
|---|---|

| Staff Signature S. Mushel | Date 3/11/22 |
|---|---|

DISTRIBUTION:
INITIAL:    White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:      White - Inmate
            Canary - Grievance File

802-3P
2/14/00



# Inmate Grievance/Appeal Response Notice
## Medical

**Inmate Name:** FEDERICO AROS

**ADC#:** 98979

**Prison/Unit:** CACF/CACF-FLORENCE

**Bldg/Bed:** M70 DM1D001L

## Case #:22-036514

## Appeal Grievance

**Type:** Appeal Response

**Date Received:** 01/28/2022 10:31:00 AM

**Response Author:** AMBER PUCKETT

**Responded On:** 03/09/2022 10:03:16 AM

**Decision:** Resolved

## Case Details

**Case Number:** 22-036514

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** CACF

**Opened Date:** 01/28/2022 10:31:00 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE

**Grievance Stage:** Appeal Answered

## Appeal Grievance Response

**Responder Name:** AMBER PUCKETT

**Due Date:** 03/09/2022 03:57:56 PM

**Date/Time:** 04/14/2022 07:58:31 AM

**Result:** Uphold

**Response:** I am in receipt of your grievance appeal submitted 3/11/2022 you state GEO does not have a contact with OT we get contracts as needed for different specialties. You are pending an OT appointment. You also stated you are verbally abused by the medical staff I will ensure medical staff are re-educated on proper communication. In conclusion your grievance is deemed resolved.

⌐Override          ⌐Data Input Error          ⌐Unprocessed          ⌐Extension

**RestitutionRecommended:** No

**Notice** : The decision of the Director is final and constitutes exhaustion of all remedies within the Department.



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

*Em 6-1-2024*

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Aros Federico | 098979 | CIACRF / GEO | 06/07/24 |

| TO Cantrell    CPO 24-076235 | LOCATION 4/C |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

After three failed attempts to be seen by medical provider on 06/05/24 i was seen by N.P. mesadieu Branchellor. We were having a different conversation the whole time. i was there for pain in my arms + hands yet he would refer his attention only to my head, neck + spine.

i have Cubital tunnel and Carpal tunnel syndrome (bilateral) and it has progressively gotten worse over the years. N.P. Branchellor said as long as i can shower myself and dress myself that i am fine. Branchellor didnt document any of the pain or limitations i described to him into the computer.    His assessment states: i am independent, can shower and cloth myself. He didnt document any of my anguishing pain that i live with each day nor did he document how i struggle to write letters, email, brush teeth, wipe butt, tie shoes, ~~wash~~ hold food treys, etc.

my medical supplies (3 S.N.O.s) have been active for (4) four yrs. Provided and issued by Doctors and physical therapist. 'N.P. Branchellor is now refusing to fill + prescribe them.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 06/07/24 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name: B. Dennis

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-
11/16/.

**Arizona Department of Corrections, Rehabilitation & Reentry**

**Grievance Details**



# Inmate Grievance/Informal Response Notice
## Medical

**Inmate Name:** FEDERICO AROS

**ADC#:** 98979

**Prison/Unit:** CACF/CACF-FLORENCE

**Bldg/Bed:** M70 DM4C009S

## Case #:24-076235

# Informal Complaint

**Type:** Informal Response

**Date Received:** 06/10/2024 12:40 PM

**Response Author:** MARTIN, ROBERTA NMI

**Responded On:** 06/13/2024 10:25:57 AM

**Decision:**

# Case Details

**Case Number:** 24-076235

**Grievance Status:** Open

# Case Data

**Prison of Complaint:** CACF

**Opened Date:** 06/10/2024 12:40 PM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE

**Grievance Stage:** Informal Answered

# Informal Grievance Response

**Grievance Date:** 06/07/2024 12:00:00 AM

**Response Due:** 07/01/2024 12:40 PM

**Issue:** SNO'S

**Responder:** MARTIN, ROBERTA NMI

**Response:** Mr. Aros, You have a pending MRI scheduled in the near future to determine the plan of care related to your cubital tunnel/ carpel tunnel syndrome. The provider has determined that elbow sleeves/ wrist wraps are not beneficial at this time. You will follow up with the provider after your MRI is completed to discuss a plan of care. Per ARS 31-201.01 you do not have the right to dictate treatment or who provides treatment. Thank you

☐Unprocessed

**Responder's Name:** ROBERTA MARTIN

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

**NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.

**Arizona Department of Corrections, Rehabilitation & Reentry**

**Grievance Details**



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Grievance**

RECEIVED BY
R. CANTRELL

TITLE
CO III

BADGE NUMBER: 174524

DATE (mm/dd/yyyy): 06/14/2024

*Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.*

INMATE NAME (Last, First M.I.) (Please print name): Aros Federico

ADCRR NUMBER: 098979

DATE (mm/dd/yyyy): 06/14/24

INSTITUTION/UNIT: CACRF / Geo

CASE NUMBER: #24-076235

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

The prison administration, shall provide for careful selection of every grade of personnel, since it is on their integrity, humanity, professional capacity the institution and its Residents depends.   The prison administration shall constantly seek to awaken and maintain in the minds both of the personnel and of the public the conviction that this work is a social service of great importance.
as of 06/05/24 i had no pending out side care appointments and do not believe martins Response that i do because this deniel of treatment has carried on for (4) Fours yrs now and im only asking NOT to be denied medical care.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

• injections into affected nurves (cordizone)
• Surgery
○ Pain management (Proper nerapathy medication)
• proper equipment - medical (compressions)
○ physical Therepy
○
•
•
/

INMATE'S SIGNATURE

DATE (mm/dd/yyyy): 06/14/24

GRIEVANCE COORDINATOR'S SIGNATURE

DATE (mm/dd/yyyy): 6/17/24

DISTRIBUTION:   INITIAL:  White and Canary – Grievance Coordinator; Pink - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
3/2/22

**Arizona Department of Corrections, Rehabilitation & Reentry**

**Grievance Details**



# Inmate Grievance/Formal Response Notice
## Medical

**Inmate Name:** FEDERICO AROS

**ADC#:** 98979

**Prison/Unit:** CACF/CACF-FLORENCE

**Bldg/Bed:** M70 DM4B048S

## Case #:24-076235

## Formal Grievance

**Type:** Formal Approve

**Date Received:** 06/10/2024 12:40:00 PM

**Response Author:** Tiffany Cameron

**Responded On:** 07/08/2024 08:54:31 AM

**Decision:** Resolved

## Case Details

**Case Number:** 24-076235

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** CACF

**Opened Date:** 06/10/2024 12:40:00 PM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE

**Grievance Stage:** Formal Answered

## Formal Grievance Response

**Responder Name:** Tiffany Cameron

**Due Date:** 07/09/2024 12:44:24 PM

**Date/Time:** 07/08/2024 08:54:31 AM

**Result:** Resolved

**Response:** We are in receipt of your formal grievance. Upon reviewing your chart, please note a consult was submitted for a Neurology completed as well as the hand surgeon. At these appointments, the recommendations for Physical Therapy and pain management would be developed based off of the provider for the offsite consults. Please note, your appointment is pending at this time. You will note be advised of the date you are going off site, but note they have been submitted. If you are currently having any symptoms, symptoms are worsening, or new ones have developed, please place a HNR to be seen by medical and address your medical needs. Thank you.

⌐Override                    ⌐Data Input Error                    ⌐Unprocessed                    ⌐Extension

**Restitution Recommended:** No

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

| | Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal) |
|---|---|
| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | Received By: R. CANTRELL<br>Title: CO III<br>Badge #: 174524<br>Date: (mm/dd/yyyy) 07/12/2024 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Aros Federico | 098979 | 07/12/2024 |

| INSTITUTION | CASE NUMBER |
|---|---|
| CACRF / GEO | 24-076235 |

TO:

I am appealing the decision of (FHA) Tiffiny Cameron _____ for the following reasons:

I Suffer Serious medical needs that are not Getting Addressed By medical staff and Health Care providers which is a violation of the Eight Amendment of the United States Constitution. The medical staff (N.P. Branchellor) will not Discuss or Treat my Serious medical Needs. He is specifically Trained to discuss And Treat only Specific medical Issues and pain management is not one of them The HealthCare providers are doing nothing to treat the pain. The Grievance response reflects my Treatment ConsisTs only of waiting for Consults. But in the meantime i am in Severe pain and deminished Quality of life which medical knows of and disregards.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | | CPS CMc | 7/13/24 |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator<br>Pink – Inmate<br>FINAL: White – Inmate<br>Canary – Grievance File

802-3<br>12/12/13

Arizona Department of Corrections, Rehabilitation & Reentry

Grievance Details



# Inmate Grievance/Appeal Response Notice
## Medical

**Inmate Name:** FEDERICO AROS

**ADC#:** 98979

**Prison/Unit:** CACF/CACF-FLORENCE

**Bldg/Bed:** M70 DM4B048S

## Case #:24-076235

## Appeal To Director

**Type:** Appeal Approve

**Date Received:** 06/10/2024 12:40:00 PM

**Response Author:** BREA LAWSON

**Responded On:** 07/08/2024 08:54:31 AM

**Decision:** Resolved

## Case Details

**Case Number:** 24-076235

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** CACF

**Opened Date:** 06/10/2024 12:40:00 PM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE

**Grievance Stage:** Appeal Answered

## Appeal Grievance Response

**Responder Name:** BREA LAWSON

**Due Date:** 07/09/2024 12:44:24 PM

**Date/Time:** 07/13/2024 10:04:59 AM

**Result:** Uphold

**Response:** Mr. Aros, your MRI was completed, you have been referred to an ortho surgeon, for a surgical consult. Please note, your appointment for your orthopedic surgery consult is scheduled.

⌐Override          ⌐Data Input Error          ⌐Unprocessed          ⌐Extension

**RestitutionRecommended:** No

## Appeal Grievance Approval

**Approver Name:** BREA LAWSON

**Due Date:** 07/09/2024 12:44:24 PM

**Date/Time:** 08/08/2024 12:42:46 PM

**Result:** Resolved

**Arizona Department of Corrections, Rehabilitation & Reentry**

**Grievance Details**



**Director:** Ryan Thornell

**Notice** : The decision of the Director is final and constitutes exhaustion of all remedies within the Department.



EXIBIT "C"

04/28/2020.

RECEIVED
MAY 0 1 2020
BY_____

Federico Aros # 098979.
A·S·P·C-Eyman / Smu-1
P.O. Box 4000
Florence, Az. 85132

## HEALTH SERVICES MONITORING

Re: MEDICAL.

Dear Ms Headstream,

I Am Following up w/ my Last Letter Dated: 01/14/2020.
I was Approved For the EMG/Nerve Condution Study
on November 4th 2019.
I Thought I'd write And offer New Information on
Why I was Never Taken?   The person who was
Suposed To Scheduale my Appointment Is No Longer
w/ Centurion.
On May. 1st. Arizona Is Opening up For Elective
Surgeries, I'd Like To Ask iF you Could Follow up
w/ The FHA Here at The Eyman Complex So That I
may Be properly Scheduled This Time Because This
Issue w/ my Hands Is more Then Just Discomfort.
Thank you Very much Ms Venesa,

Sincerly


# ARIZONA DEPARTMENT OF CORRECTIONS
# Inmate Letter Response



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-20-0081 | AROS, FEDERICO | 98979 | EYMAN | ASPC-E SMU I WEST | 5/1/2020 |

Your 04/28/2020 letter was received 05/01/2020 and forwarded to my office for review and response.  You advise that you were approved for and EMG nerve conduction study on 11/04/2019; and that since elective surgeries are opening up 05/01/2020 you would like to be scheduled.

The Department of Corrections is concerned for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Centurion. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services effective July 1, 2012. Responsibility and accountability for inmate health care is demanded now, as in the past.

In accordance with Department Order 916.03, inmates who have questions or problems requiring written responses from Department staff shall use the Inmate Letter, Form 916-1.  The Inmate Letter shall be used for all staff/inmate correspondence other than grievances and disciplinary appeals.  No other written forms shall be accepted in place of the Inmate Letter.  The Inmate Letter may be obtained from the inmate's counselor or other staff member designated by the Warden, Deputy Warden or Administrator.

In researching your medical concerns, I am advised that the outside clinic has advised they will notify the prison of the date they have rescheduled your appointment to.

Please continue to follow the recommendations of your local medical staff, and submit appropriate HNR's for questions and concerns going forward.  These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should you desire to submit a written concern or complaint, or if you feel that your health care is not adequate or appropriate, you may also request assistance through the Inmate Grievance process. This process is designed specifically for this purpose. You may also request the assistance of the Security and Operations staff on your yard if necessary.

A copy of this correspondence is being forwarded to Centurion for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau monitor at ASPC-Eyman.

_Vanessa Headstream_

05/05/2020

**Vanessa Headstream, CRN, CCHP, Program Evaluation Administrator, Health Services Contract Monitoring**

Date

cc: Complex Site Manager, EYMAN

c.o. Master File

Federico Aros #098979
A.S.P.C - Eyman. 8mu-1.
P.O. Box 4000.
Florence, AZ. 85132



Health Services Monitoring

Re: Parsons vs. Ryan.

Dear Ms. Headstream,

I'm suffering w/ debilitating & chronic pain to both my hands
due to Carpel Tunnel.    On November 4th 2019.   I was
approved to be seen by an outside specialist, yet an
appointment has not been scheduled?
Ms. Headstream, I have been wrestling w/ this for years, but
I'm now 44 yrs old and the older I get, the more debilitating
and restrictive it becomes! I don't have a release, so I
can't hope to get out & get fixed so to speak, I'm in the
care of the A.D.O.C, and I'm in constant pain w/ out any
medication to mitigate my levels of pain. So I'm asking if
could please ask medical if I could be seen in this matter.

Respectfully Submitted

Date 01/14/2020.

# ARIZONA DEPARTMENT OF CORRECTIONS
# Inmate Letter Response



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-20-0011 | AROS, FEDERICO | 98979 | EYMAN | ASPC-E SMU I WEST | 1/17/2020 |

Your 01/14/2020 correspondence was received 01/17/2020 for review and response. You advise that you were approved for an outside specialty appointment on 11/04/2019 but the appointment has not occurred yet.

The Department of Corrections is concerned for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Centurion. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services effective July 1, 2012. Responsibility and accountability for inmate health care is demanded now, as in the past.

In accordance with Department Order 916.03, inmates who have questions or problems requiring written responses from Department staff shall use the Inmate Letter, Form 916-1. The Inmate Letter shall be used for all staff/inmate correspondence other than grievances and disciplinary appeals. No other written forms shall be accepted in place of the Inmate Letter. The Inmate Letter may be obtained from the inmate's counselor or other staff member designated by the Warden, Deputy Warden or Administrator.

In researching your medical concerns, I am advised that your concerns have been elevated to the ASPC-Eyman Facility Health Administrator for review and any action deemed necessary. You are authorized for an EMG/nerve conduction study and you will be taken to the appointment on the date and time provided by the outside specialty clinic.

Please continue to follow the recommendations of your local medical staff, and submit appropriate HNR's for questions and concerns going forward. These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should you desire to submit a written concern or complaint, or if you feel that your health care is not adequate or appropriate, you may also request assistance through the Inmate Grievance process. This process is designed specifically for this purpose. You may also request the assistance of the Security and Operations staff on your yard if necessary.

A copy of this correspondence is being forwarded to Centurion for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau monitor at ASPC-Eyman.

_Vanessa Headstream_

**Vanessa Headstream, CRN, CCHP, Program
Evaluation Administrator, Health Services Contract
Monitoring**

01/21/2020
Date

cc: Complex Site Manager, EYMAN

c.o. Master File

Tuesday, January 21, 2020

Page 1 of 1



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Aros Federico | 098979 | GED | 01/25/2022 |

To CAPT. DAWLING          Location Captain's AREA

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

RE: "HIPPA VIOLATION" By STAFF MEMBER —

ON JANUARY 24th 2022 @ APPROX. 7:35 A.M. I WAS CALLED TO MEDICAL. UPON ARRIVING "OFFICER HALL" DIRECTED ME TO SIGN A FORM, I COMPLIED, WAS GIVEN A COPY AND LEFT. UPON READING IT i DISCOVERED IT WAS A "SPECIAL NEEDS ORDER" FORM PRESCRIBED AND issued By: DR. REICHO.   I WAS CALLED BACK TO MEDICAL 3-5 MINUTES LATER, UPON RETURNING THE SECOND TIME, HALL ADVISED ME HE HAD MADE A MISTEAK AND NEEDED ME TO GIVE HIM my COPY BACK OF THE SIGNED (SNO) I ASKED HIM AT WHO'S DIRECTION HE WAS UNDER AND HE STATED IT WAS INFACT AT THE REQUEST OF NURSE "COURTNEY POCHOPIEN"! THIS WAS A DECEITFUL WAY OF GAINING my SIGNATURE AND A CLEAR VIOLATION OF my RIGHTS TO MEDICAL PRIVACY.
[END]

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* 01/25/2022 |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes   ☐ No

If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Aros Federico | 098979 | CACRF / GEO | 01/25/2022 |

| To | Location |
|---|---|
| LIZETTE MENDEZ | MEDICAL @ GEO. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

ON JANUARY 24th. 2022 @ APPROX. 7:35 A.M. I WAS CALLED TO MEDICAL. UPON ARRIVING "OFFICER HALL" DIRECTED ME TO SIGN A FORM, I COMPLIED, WAS GIVEN A COPY AND LEFT. UPON READING IT I DISCOVERED IT WAS A "SPECIAL NEEDS ORDER" FORM PRESCRIBED AND ISSUED BY: DR REICHO. I WAS CALLED BACK TO MEDICAL 3-5 MINUTES LATER, UPON RETURNING THE SECOND TIME, HALL ADVISED ME THAT HE MADE A MISTEAK AND NEEDED ME TO GIVE HIM MY COPY BACK OF THE SIGNED (SNO.) I ASKED HIM WHO WAS INSTRUCTING HIM TO TAKE MY (SNO) BACK AND HE INFORMED ME IT WAS AT THE REQUEST OF NURSE "COURTNEY POCHOPIEN THIS WAS A DECEITFUL WAY OF GAINING MY SIGNATURE AND A CLEAR VIOLATION OF MY RIGHTS TO MEDICAL PRIVACY! FURTHER MORE... NON-PHYSICIAN STAFFS LIKE NURSES AND PHYSICIANS' ASSISTANTS CANNOT LAWFULLY BE ASSIGNED, OR TRY TO PERFORM, TASKS BEYOND THEIR TRAINING, OR BE LEFT WITHOUT ADEQUATE SUPERVISION. PRISONERS WHOSE MEDICAL NEEDS CALL FOR A PHYSICIANS' ATTENTION MUST RECEIVE IT, AND NON-PHYSICIANS MAY NOT REFUSE TO CARRY OUT PHYSICIANS' ORDERS!

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 01/25/2022. |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution:   Original – Master File
                Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

| Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information. |
|---|

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Aros Federico | 098979 | CACRF / GEO | 01/25/2022 |

| To L. MENDEZ | Location MEDICAL UNIT @ GEO |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MS. MENDEZ

I WOULD LIKE TO SIGN A (ROI) RELEASE OF INFO.
FORM CAN YOU PLEASE SCHEDUAL ME.

THANK YOU

| INMATE SIGNATURE | DATE (mm/dd/yyyy) 01/25/2022 |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes   ☐ No

If yes, give the staff member's name:

Distribution:   Original – Master File
                Copy - Inmate